## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| CAREN GRILLO, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 1844 |
| | ) | |
| v. | ) | Judge Der-Yeghiayan |
| | ) | |
| ILLINOIS INSTITUTE OF TECHNOLOGY, | ) | Magistrate Cole |
| a not-for-profit corporation, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF DISMISSAL

The Plaintiff, Caren Grillo, by and through her attorney, Benjamin A. Netzky, pursuant to Rule 41 of the Federal Rules of Civil Procedure hereby dismisses this action without prejudice.

Respectfully submitted,

/s/ Benjamin A. Netzky

_____
Benjamin A. Netzky

April 2, 2008

Benjamin A. Netzky
Attorney for Plaintiff
ARDC No. 6290328
200 S. Michigan Ave., Suite 1240
Chicago, IL 60604
Ph: (312) 602-2233